**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

MEMORANDUM

| | |
|---|---|
| Date: | February 14, 2011 |
| To: | File |
| Cc: | |
| From: | Gregory C. Langham, Clerk |
| Subject: | Assignment of Righthaven LLC Copyright Infringement Cases |

     Pursuant to the authorization of Chief Judge Wiley Y. Daniel, all civil cases filed by Righthaven LLC, regarding copyright infringements, in this district or transferred from another district, shall be assigned to Senior Judge John L. Kane.

Attachment(s):